IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**DARRELL LAW,**

    Plaintiff,

v.                         **CIVIL ACTION NO. 3:06-CV-96**
                                        (BAILEY)

**ZELDA WESLEY, Assistant United
States Attorney; RITA VALDRINI, Acting
United States Attorney; JOHN S. KAULL,
United States Magistrate Judge; IRENE
M. KEELEY, United States District Judge;
JO JO ANTOLOCK, WV State Police,**

    Respondents.

## ORDER DENYING MOTION TO VACATE JUDGMENT OR ORDER

On September 6, the above styled matter came before the Court pursuant to plaintiff's Motion to Vacate Judgment or Order [Doc. No. 50]. The plaintiff is petitioning the Court to vacate its Order Adopting the Report and Recommendation [Doc. No. 40]. After careful review of the grounds offered in support, the Court finds that the Motion should be denied. Accordingly, the **Motion to Vacate Order Adopting Report and Recommendations [Doc. No. 50] is DENIED**.

It is so **ORDERED**.

The Clerk is directed to transmit true copies of this Order to the plaintiff, *pro se*, and all counsel of record.

**DATED**: October 2, 2007.

JOHN PRESTON BAILEY
UNITED STATED DISTRICT JUDGE